PH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JAN 10 2019 LA

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Derrick Anthony Hilliard

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City of Chicago
P.O. Mitchell, MM
P.O. Barango, CJ
P.O. Kerr
P.O. Hurley, EF
A.S.A. McCarthy, Edward

1:19-cv-00215
Judge John J. Tharp, Jr.
Magistrate Judge Sidney I. Schenkier
PC 2

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):
  A. Name: Derrick Anthony Hilliard
  B. List all Aliases: N/A
  C. Prisoner Identification Number: 20140614197
  D. Place of present confinement: CCDOC
  E. Address: 2600 S. California Chicago, IL. 60608

II. Defendant(s):
  A. Defendant: Mitchell, MN #6099 (PC0Z577)
    Title: Chicago Police Officer
    Place of Employment: City of Chicago
  B. Defendant: Barango, CJ #15937 (PC0W287)
    Title: Chicago Police Officer
    Place of Employment: City of Chicago
  C. Defendant: Kerr, #4871
    Title: Chicago Police Officer
    Place of Employment: City of Chicago
  D. Defendant: Hurley, EF #1812 (PC0R622)
    Title: Chicago Police Officer
    Place of Employment: City of Chicago
  E. Defendant: McCarthy, Edward A.S.A.
    Title: Chicago Police Officer
    Place of Employment: City of Chicago

1 of 2

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My name is Derrick Hilliard #20140614197, and I'm addressing malicious prosecution, and unlawful arrest. On 12 June 2014 22:45 Attesting officer #6099 Mitchell, MM (PC02577) said event #14961 that this is a fugitive Apprehension/GLRFTF arrest. A/Os were that the arrestee was the subject of an active investigative alert (#299980783) in which the arrestee was identified by witnesses as participating in the shooting death of the victim Jamal Harmon. This incident occurred on 06 Oct. 2013. A/O's said they also had knowledge of a vehicle the arrestee might be driving (1995 turquoise chevy tahoe IL. Plate (S882307). A/O observed the vehicle and the arrestee in the driver seat inside the gas station at 7600 S. Halsted. At which time the arrestee began traveling south bound on Halsted. A/O Mitchell #6099 began to continue visual of the vehicle until further units arrived at 9910 S. State where the vehicle was curbed. At this point A/O's placed the arrestee into custody. On scene a search was conducted

4  Revised 9/2007

1 of 4

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

  A. Name of case and docket number: N/A

  B. Approximate date of filing lawsuit: N/A

  C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

  D. List all defendants: N/A

  E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

  F. Name of judge to whom case was assigned: N/A

  G. Basic claim made: N/A

  H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

  I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

of the vehicle where a Interarms Firestar .45 blue steel semi auto was recovered by P.O. Kerr #4871, and Barango, CJ #15937, located in a black drawstring bag inside the passenger door and later inventoried under #13193671 RD #HX301052, black drawstring bag inventoried under #13193695. Derrick Hilliard was transported to Area South for further processing. Derrick Hilliard had I.D. name check clear for warrants and additional alerts. Not on parole. Not on HTPP or TDOA programs. Not a POD related arrest. They say Derrick Hilliard denies gang affiliation. Had $301.00 USC. personal property inventoried #13193702, #13193658. Vehicle impounded, streets and sanitation #039842. Area South HGS Sgt. Peirce 32315 notified. On 12 Jun 2014 23:02 Approving Supervisor #1812 Hurley, EF (PCOR622) approval of probable cause, without getting a warrant from a judge. Also on 29 Apr. 2014 A.S.A. Ed McCarthy heard Carl Allen statement regarding his recollection of events that occurred on 06 Oct. 2013 at 6536 S. Ross Avenue. The case was listed as a continuing investigation per A.S.A. McCarthy 29 Apr. 2014. The reporting

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for damages of 10 million dollars.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __12__ day of __26__, 20__18__

_____
*Derrick Hilliard*
(Signature of plaintiff or plaintiffs)

__Derrick Hilliard__
(Print name)

__2014 06 14 97__
(I.D. Number)

__2600 S. California__

_____
(Address)

Revised 9/2007

detective change Derrick Hilliard, now probable cause investigative Alert #299980783 to a probable cause to arrest alert. He also did not go get a warrant from a judge. Because of detective Edward Mccarthy improper investigation on June 14, 2014. While in branch: 66 2600 S. California - Room 101. I Derrick Hilliard was charged with 720 I.CS 5.019-1-A-1 Murder-First Degree class M-type F, And 720 ILCS 5.0/24-1.1-A UUW-Weapon-Felon, possess/use firearm Class 2-type F. I Derrick Hilliard was denied bond on both cases. After I was grand jury indicted for the murder charge in court room 101 I asked for a speedy trial before I got to 706 James Obbish court room. On Aug. 10, 2014 my lawyer Ms. Placek put a motion in for suppress evidence, quash arrest, dismissal. On Sep. 24, 2014 my motion was heard and the state said all of my evidence has been destroyed inclueding my ERI disc. Mr. Obbish denied my motion saying that he wants to proceed with the case. After being in custody for 4½ years with no bond I was forced to take a jury trial, because the judge has been prejudicious and bias against me. On Oct. 19, 2018 I was found not guilty of Murder, but now I'm still in custody for the same case Murder with intent to Kill.

#20140614197 Derrick Hilliard
Div-9-3H-Cell-3263
P.O. Box 089002
Chicago, IL. 60608

3 of 4



**Thomas J. Dart**
Sheriff

**Dr. Nneka Jones**
Executive Director

**COOK COUNTY SHERIFF**
**RECORDS OFFICE**
2700 S. California Avenue
Chicago, Illinois 60608
Tel: (773) 674-5201
Fax: (773) 674-7292
doc.records@cookcountyil.gov

## VERIFICATION OF INCARCERATION

JAIL BOOKING NUMBER: 20140614197   TODAY'S DATE: 12-17-18
REGARDING: Derrick Hillari
    SUBJECT'S NAME
DATE OF BIRTH: 10-6-76
SOCIAL SECURITY NUMBER: 335-64 3533

Pursuant to your request the following information is submitted:

Date entered in CCDOC: 6-14-14
Date Released: In Custody          Date Released: In Custody
Case / Docket #: 2014 cr 121870(1)  Case / Docket #: —
Charge(s): Murder Intent to kill/... Charge(s): —
Disposition: Pending                Disposition: —
Disposition Date: 12-17-18          Disposition Date: —
Next Court Date:                    Next Court Date:

Signature of Personnel Completing form